Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000508
09-NOV-2011
09:03 AM

NO. CAAP-11-0000508

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TAMARA SHINE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2P110-01895)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) on June 30, 2011, Defendant-Appellant Tamara Shine (Appellant) filed a notice of appeal, but she did not pay the filing fee;

(2) on August 24, 2011, Appellant filed a request to proceed in forma pauperis on appeal; (3) on September 13, 2011, this court issued an order denying the request and directing Appellant to pay the filing fee within ten days; (4) Appellant did not comply with the court order; (5) on October 10, 2011, the appellate clerk

provided notice to Appellant that: (a) the filing fee was not paid, and the record could not be prepared and filed without payment of the filing fee; (b) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 11(c)(2), the matter would be called to the attention of the court on October 20, 2011 for such action as the appellate court deems proper, which may include dismissal of the appeal; and (6) Appellant did not respond to the notice or seek further relief. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 11(c)(2).

DATED: Honolulu, Hawai'i, November 9, 2011.

Chief Judge

Associate Judge

Associate Judge